# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8912 PA (JCx) | Date | April 20, 2011 |
|---|---|---|---|
| Title | United States v. Killington Land Trust, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

   The plaintiff United States is ordered to show cause why they should not file a Notice of Related Case as required by Local Rule 83-1.3 indicating that this action is related to <u>United States v. Stephen Lindsey</u>, Case No. SA CV 06-476 DOC (RNBx).  Plaintiff's response to the order to show cause shall be filed no later than April 25, 2011.  The filing of a Notice of Related Case shall be deemed a response to the order to show cause.

   IT IS SO ORDERED.

:

Initials of Preparer