UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8912 PA (JCx) | Date | October 7, 2011 |
|---|---|---|---|
| Title | United States v. Killington Land Trust, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS — COURT ORDER

     On September 20, 2011, the Court ordered the Government to file by October 3, 2011, a status report addressing the status of its claims against defendant Larry Walker. To date, the Government has not filed the required status report. The Court therefore orders the Government's counsel to show cause in writing why he should not be sanctioned for failing to file the required status report. The response to the order to show cause shall be filed by October 14, 2011. A status report addressing the status of the Government's claims against defendant Larry Walker shall be deemed a sufficient response to the order to show cause.

     IT IS SO ORDERED.